1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

SEALED



FILED

FEB 1 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF AN APPLICATION OF    NO. 2:16-SW-81    AC
   THE UNITED STATES OF AMERICA FOR A
12 WARRANT AND ORDER AUTHORIZING         TRACKING WARRANT AND ORDER
   THE INSTALLATION, MAINTENANCE,
13 MONITORING, AND REMOVAL OF
   MOBILE TRACKING DEVICES ON A
14 SILVER 2003 TOYOTA PICKUP BEARING     FILED UNDER SEAL
   VEHICLE IDENTIFICATION NUMBER (VIN)
15 5TEWN72N63Z196706 AND CALIFORNIA
   LICENSE PLATE NUMBER 6Y18932
16

17

18     To:    ANY AUTHORIZED LAW ENFORCEMENT OFFICER:

19         An application and affidavit by United States Bureau of Land Management Special Agent Sean

20 Hyrons shows there is probable cause to believe that the vehicle described above is located in this

21 district and has been involved in and likely will continue to be involved in the criminal activity

22 identified in the application and affidavit, specifically, violations of : 18 U.S.C. § 1361: Depredation

23 against any property of the United States; 18 U.S.C. § 641: Theft or unauthorized conversion or

24 disposition of property of the United States; and 16, U.S.C. § 470(ee), Archaeological Resources

25 Protection Act.

26         I find that the application and affidavit, and any recorded testimony, establish probable cause to

27 believe that installing and using one or more tracking devices to monitor the location of the vehicle will

28 satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

                                              1

1    I find entry onto and into the following vehicle and/or onto the following private property to be
2 necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for
3 installing, maintaining, and removing the tracking devices on a silver 2003 Toyota pickup, bearing
4 Vehicle Identification Number 5TEWN72N63Z196706 and California License plate 6Y18932 (referred
5 to hereafter as "the Target Vehicle"), registered to Timothy B. HARRISON whenever the Target
6 Vehicle is located at any of the following addresses and/or locations:

7    (1)    the residence of Timothy B. HARRISON, at 1840 Susquehana Drive, South Lake Tahoe,
8 California, including by entering of this private property and invading its curtilage, but not any fully
9 enclosed structures, if deemed necessary, in the discretion of the officers executing the tracking device
10 warrant to do so, to safely execute the warrant.; and

11    (2)    any public place where the Target Vehicle may be found in the Eastern District of
12 California.

13    Pursuant to Fed.R.Crim.P. 41 and 18 U.S.C. § 3117, YOU ARE COMMANDED to execute this
14 warrant and begin installing the tracking devices within ten days from the date of this order and may
15 continue to use it for 45 days from the date the warrant is issued.

16    IT IS FURTHER ORDERED THAT, for a period of forty-five days following the issuance of
17 this warrant, you are further authorized to monitor at all times the locations of the Target Vehicle,
18 including when the tracking devices are inside private garages and other locations not open to the public
19 or visual surveillance, regardless of whether the Target Vehicle is within or outside the Eastern District
20 of California. To install, maintain, or remove the devices, you may enter onto and into the vehicle
21 described above and/or onto the private and public property described above at any time of day or night
22 because good cause has been established.

23    Within 10 calendar days after the use of the tracking devices has ended, the officer executing this
24 warrant must return it to the Duty Magistrate Judge.

25    I find that immediate notification of this tracking warrant on the person who, or whose property
26 or object, was tracked may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial),
27 ///
28 ///

2

1  and authorize the officer executing this warrant to delay notice to the person who, or whose property or
2  object, will be tracked until, the facts justifying, the later specific date of June 30, 2016, pursuant to 18
3  U.S.C. § 3103a(b)(3).

4

5  Date and time issued in Sacramento, California: February _17_, 2016, at _4:15 pm_

6

7  _____
8  ALISON CLAIRE
   United States Magistrate Judge

3