1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Applicant
   United States of America
6
7



**FILED**

**JUN 3 0 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF AN APPLICATION OF | CASE NO. 2:16-SW-81 AC
   | THE UNITED STATES OF AMERICA FOR A |
12 | WARRANT AND ORDER AUTHORIZING | UNITED STATES' *EX PARTE* APPLICATION FOR
   | THE INSTALLATION, MAINTENANCE, | AN ORDER EXTENDING DELAYED
13 | MONITORING, AND REMOVAL OF | NOTIFICATION PERIOD FOR PREVIOUSLY
   | MOBILE TRACKING DEVICES ON A | ISSUED TRACKING WARRANT AND SEALING
14 | SILVER 2003 TOYOTA PICKUP BEARING | THIS APPLICATION, AND ORDER THEREON
   | VEHICLE IDENTIFICATION NUMBER |
15 | (VIN) 5TEWN72N63Z196706 AND |
   | CALIFORNIA LICENSE PLATE NUMBER | Court: Hon. Alison Claire
16 | 6Y18932 | Date: June 30, 2016

17

18      The United States of America applies *ex parte* and respectfully requests that the Court issue an

19 Order extending by fourteen days to, and including July 14, 2016, its previous Order issued on February

20 17, 2016, allowing the United States to provide delayed notice until June 30, 2016, to the person who, or

21 whose property or object was tracked by pursuant to the Court's Tracking Warrant And Order.

22      In support of its application for a fourteen-day extension, the United States notes that

23 Fed.R.Crim.P. 41(f)(3) allows this Court to extend the delayed notification to the target of the

24 investigation, Timothy B. Harrison, of the issuance of the tracking device warrant, if the extension is

25 requested by the United States and "if the delay is authorized by statute." Correspondingly, 18 U.S.C.

26 § 3103a(c) permits extensions for delayed notification as it states: " Any period of delay authorized by

27 this section may be extended by the court for good cause shown, subject to the condition that extensions

28 should only be granted upon an updated showing of the need for further delay and that each additional

1

1 │ delay should be limited to periods of 90 days or less, unless the facts of the case justify a longer period

2 │ of delay."

3 │  In this case, the United States requested delayed notification of the tracking device warrant:

4 │  Sites 1 through 6 where Harrison is suspected of digging for artifacts are within the Sierra Nevada
Mountain Range. Sites 1 through 5 are located at approximately 5,469 - 5,637 feet in elevation and
5 │ Site 6 is located at approximately 5,344 feet in elevation. Sites 1 through 6 are in areas that are
subject to potential heavy snowfall and snow cover on the ground extending possibly into late May.
6 │ The reasons for the extended delayed notification include: to allow law enforcement additional time
to learn of Harrison's travels with the Target Vehicle so that law enforcement may discover other
7 │ archaeological sites and suspects associated with Harrison involved in the looting of
archaeological resources; to avoid premature disclosure of the investigation; to guard against
8 │ criminal violators who are the targets of this investigation from fleeing and/or destroying
evidence; to better ensure the safety of agents and others assisting in this investigation; to allow
9 │ Harrison to continue to engage in his artifacts looting, which crimes may be delayed and
interfered with due to winter snowfall and snow cover on the ground that could last into late May
10 │ 2016; and to allow law enforcement additional time to investigate those areas where Harrison is
committing his artifacts looting given the problems that snowfall and snow cover on the ground
11 │ might cause to the progress of the investigation which will involve the examination of disturbed
ground.

12 │

13 │  The United States' investigation of this case has proceeded with diligence. Concomitant with the

14 │ instant application, United States Bureau of Land Management Special Agent Sean Hyrons is applying

15 │ for a search warrant on June 30, 2016, against Harrison's person; his Toyota pickup truck that he used to

16 │ drive to the public land areas where he is suspected of artifacts looting, stealing United States property,

17 │ and depredating United States property; and his residence.  Agent Hyrons has advised the undersigned

18 │ prosecutor that the BLM investigation and searches pursuant to warrant have been delayed based on the

19 │ unavailability of a qualified, competent archaeologist to assist in the service of the search warrant and

20 │ identifying those items of evidence that may be subject to seizure under the warrant.  Agent Hyrons has

21 │ advised the undersigned prosecutor that he is confident that BLM will be able to recruit an archaeologist

22 │ on or before the requested July 14, 2016, deadline for notification to Harrison of the tracking device

23 │ warrant.

24 │  The new search warrant requested by Agent Hyrons, if issued, will be served before July 14,

25 │ 2016, which is the same date that the United States requests the Court to extend the deadline for the

26 │ notification to Harrison of the issuance of the tracking device warrant.  The United States submits that

27 │ the notification to Harrison of the tracking device warrant would seriously compromise the continuing

28 │ investigation against Harrison and allow him the opportunity to flee, destroy evidence, intimidate or

1 | harm potential witnesses, prepare to resist law enforcement with deadly force, and/or conjure up false
2 | defenses.

3 |     Accordingly, the United States submits that the Court should grant the United States' application
4 | for the requested extension and also order that this application and the Court's underlying order issued
5 | on this application be sealed until July 14, 2016.

6 |                       Respectfully submitted,

7 | DATED:   June 30, 2016           PHILLIP A. TALBERT
8 |                              Acting United States Attorney

9 |                By:    /s/ Samuel Wong
10 |                          SAMUEL WONG
                         Assistant United States Attorney

11 |
12 |
13 | **SEALING ORDER**
14 |

15 |     Upon application of the United States of America and good cause having been shown,

16 |     The Court finds that notification of this tracking warrant on the person who, or whose property
17 | or object, was tracked may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial).
18 | Accordingly, IT IS HEREBY ORDERED that: (1) the officer who executed this warrant may delay
19 | notice to the person who, or whose property or object, was tracked until, the facts justifying, the later
20 | specific date of July 14, 2016, pursuant to 18 U.S.C. § 3103a(c); and (2) this application and the Court's
21 | underlying order issued on this application be sealed until July 14, 2016.

22 |
23 | Dated:  June 30, 2016
24 |                             ALISON CLAIRE
                            United States Magistrate Judge

25 |
26 |
27 |
28 |