1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | SAMUEL WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2772

5 | Attorneys for Applicant
United States of America

6

7





**FILED**

**JUN 3 0 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**SEALED**

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR

12 | (SEALED)

CASE NO. 2:16-SW-81 AC

ORDER EXTENDING DELAYED NOTIFICATION PERIOD FOR PREVIOUSLY ISSUED TRACKING WARRANT AND SEALING THIS APPLICATION, AND ORDER THEREON

Court: Hon. Alison Claire
Date: June 30, 2016

13

14

15

16

17 | **SEALING ORDER**

18 | Upon application of the United States of America and good cause having been shown,

19 | The Court hereby finds that notification of this tracking warrant on the person who, or whose

20 | property or object, was tracked may have an adverse result listed in 18 U.S.C. § 2705 (except for delay

21 | of trial).   Accordingly, IT IS HEREBY ORDERED that:  (1) the officer who executed this warrant may

22 | delay notice to the person who, or whose property or object, was tracked until, the facts justifying, the

23 | later specific date of July 14, 2016, pursuant to 18 U.S.C. § 3103a(c); and (2) this application and the

24 | Court's underlying order issued on this application be sealed until July 14, 2016.

25

26 | Dated: June 30, 2016

ALISON CLAIRE
United States Magistrate Judge

27

28

1